CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 14 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CALVIN EUGENE SMITH | ) Case No: 7:92cr00102-003 |
| | ) USM No: 03545-084 |
| Date of Previous Judgment: 04/19/1993 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **360** months **is reduced to** **292 months*** .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 42 | Amended Offense Level: | 40 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 360 to life months | Amended Guideline Range: | 292 to 365 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
* Defendant's sentence is reduced to 292 months, but not less than time served. Defendant's sentence consists of 292 months on Counts 1 and 2 and 60 months on Counts 4 and 5, all to run concurrently.

Except as provided above, all provisions of the judgment dated **04/19/1993** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/14/2015

/s/ Jackson L. Kiser
Judge's signature

Effective Date: 11/01/2015
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title